Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

UNITED STATES OF AMERICA

v.

Lavell Carlton Smith                               Crim. No.94-CR-81030-01

On June 16, 2009, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on June 30, 2009, and the Court made the following finding:

✔   Guilty of violating conditions of supervision. The following special condition of supervision is added.
    The offender is ordered to serve 60 days in a residential reentry center.

Respectfully submitted,

Lee A. Sharp
United States Probation Officer
313-234-5506

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 1st Day of July, 2009.

Paul D. Borman
United States District Judge